## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| BJR, | Civil No.  11-1105 (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| THE CITY of MINNEAPOLIS, | |
| Defendant. | |

Zorislav R Leyderman, **THE LAW OFFICE OF ZORISLAV R. LEYDERMAN,** 222 South Ninth Street, Suite 1600, Minneapolis, MN 55402, for plaintiff.

C Lynne Fundingsland, Kristin Sarff, Burt Osborne and Darla Boggs, **MINNEAPOLIS CITY ATTORNEY'S OFFICE**, 350 South Fifth Street, Room 210, Minneapolis, MN 55415, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for ninety days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

**LET JUDGMENT BE ENTERED.**

DATED:   September 30, 2013
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge